# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,                              2:21-CR-123

v.                                                     **JUDGE EDMUND A. SARGUS, JR.**

**JAVON L. BONDURANT,**

      Defendant.

## OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, who recommended that the "defendant's guilty plea to Count 1 of the *Indictment* be accepted." (R&R at 3, ECF No. 32.) The time for objections has passed. For the reasons stated in the Report and Recommendation, the Court hereby **ACCEPTS** the defendant's guilty plea and **ADOPTS** the Report and Recommendation in full.

      **IT IS SO ORDERED.**

**12/20/2021**                                                  <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**